IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| NEVILLE CHEMICAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIG INSURANCE COMPANY, )<br>)<br>Defendant, )<br>) | 2:17-CV-00334-CRE |

**ORDER**

AND NOW, this 17th day of March, 2021,

Upon consideration of Neville's motion for summary judgment (ECF No. 52); and TIG's motion for summary judgment (ECF No. 56),

IT IS HEREBY ORDERED that Neville's motion for summary judgment is DENIED and TIG's motion for summary judgment is GRANTED.  Judgment will be entered accordingly.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF