IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

NEVILLE CHEMICAL COMPANY,          )
                                   )
                    Plaintiff,     )          2:17-CV-00334-CRE
                                   )
        vs.                        )
                                   )
TIG INSURANCE COMPANY,             )
                                   )
                    Defendant,     )
                                   )
                                   )

**JUDGMENT**

**AND NOW,** this 17th day of March 2021, it is ORDERED that final judgment is entered

pursuant to Rule 58 of the Federal Rules of Civil Procedure on all of Plaintiff's claims in favor of

Defendant, TIG INSURANCE COMPANY.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF

1