IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEVILLE CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:17-cv-00334-CRE |
| vs. | ) | |
| | ) | United States Magistrate Judge Cynthia Reed Eddy |
| TIG INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Neville Chemical Company hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion granting Defendant's Motion for Summary Judgment (Doc. No. 67) and Final Judgement (Doc. 69) entered in this action on March 17, 2021.

Dated: March 29, 2021

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____/s/ J. David Ziegler_____
J. David Ziegler, Esquire
PA I.D. #92882
Two PPG Place
Pittsburgh, PA  15222-5402
(412) 281-7272
Counsel for Plaintiff, Neville Chemical Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal, filed through the ECF system, will be electronically served on this 29th day of March 2021, to following counsel of record:

>Christopher J. Haselhoff, Esquire
>Summerly Kulik, Esquire
>Gordon & Rees LLP
>707 Grant Street, Suite 3800
>Pittsburgh, PA 15219
>*Attorneys for TIG Insurance Company*

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ J. David Ziegler
      J. David Ziegler, Esquire

Two PPG Place, Suite 400
Pittsburgh, PA 15222
412-281-7272

*Attorneys for Plaintiff, Neville Chemical Company*