UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1616
_____

NEVILLE CHEMICAL COMPANY,
Appellant

v.

TIG INSURANCE COMPANY,
successor-in-interest to Transamerica Insurance Company
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(District Court No.: 2-17-cv-00334)
Chief Magistrate Judge: Hon. Cynthia R. Eddy
_____

Before: GREENAWAY, JR., SCIRICA, and RENDELL, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was argued on February 10, 2022.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's order entered on March 17, 2021, is hereby **AFFIRMED**.

Costs shall be taxed against Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATE: April 26, 2022

**Certified as a true copy and issued in lieu of a formal mandate on** May 18, 2022

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**